JOHN SLATTERY, Respondent, *v.* HERBSTONE REALTY COMPANY, Appellant.

*Negligence — action to recover for loss of services of plaintiff's son — injury through striking against unprotected valve in basement of apartment house — when owner not liable.*

*Slattery* v. *Herbstone Realty Corpn.*, 198 App. Div. 945, reversed.

(Argued May 8, 1922; decided May 31, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 18, 1921, affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover for loss of services of plaintiff's son, a minor, by reason of personal injuries alleged to have been sustained by him through the negligence of defendant. The complaint alleged that the defendant was the owner of and in control of the premises 427 Fort Washington avenue, in the borough of Manhattan; that at the request of his father, who was the temporary superintendent of the premises, the plaintiff's son was assisting in performance of work in the said premises and that while the said infant was lawfully in and about the said premises at the invitation and with permission and consent of the defendant, he ran against and into a spindle or pipe which was part of the water supply system of the building which projected into a passageway of the cellar and that as a result thereof injured one of his eyes so that the same was lost.

*Frederick J. Flynn* and *Alfred W. Andrews* for appellant.

*Benjamin Reass* and *Lawrence J. McGoldrick* for respondent.

Judgment reversed and complaint dismissed, with costs in all courts, on authority of *Slattery* v. *Herbstone Realty Co.* (233 N. Y. 420).

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.